**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Johnny Ray NILES, Defendant–Appellant.**

**No. 03–30038.**

**D.C. No. CR–02–00068–GF/SEH.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 14, 2003.*

Decided Oct. 17, 2003.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Lori Harper Suek, Esq., Great Falls, MT, for Plaintiff–Appellee.

Michael Donahoe, Esq., Helena, MT, for Defendant–Appellant.

Before WARDLAW, BERZON and CLIFTON, Circuit Judges.

MEMORANDUM **

Johnny Ray Niles appeals his conviction and 33–month sentence following his guilty plea to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Niles' counsel has submitted a brief stating that he has found no meritorious issues for review. Appellant did not file a supplemental pro se brief, nor did the government file a brief.

Our consideration of counsel's brief and our independent review of the record under *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is GRANTED, and the district court's judgment is AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.